**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

CAPPELLETTI, et al.,

*Plaintiffs*,

v.

GEORGIA DEPARTMENT OF COMMUNITY AFFAIRS, et al.,

*Defendants*.

Civil Action No. 1:25-cv-06637-JPB

# JOINT STATUS REPORT

Pursuant to the Court's August 27, 2026 order, ECF 63, the Parties hereby file this joint status report to inform the Court about the current status of settlement discussions in this case. The Parties have reached a final settlement, and the Parties anticipate filing the appropriate documents to dispose of this case on or before October 30, 2026.

1. On August 27, 2026, the Parties filed a joint motion requesting that the Court stay proceedings and notifying the Court that the Parties had reached an agreement in principle. ECF 62.

2. On August 27, 2026, the Court granted the Parties joint motion and ordered the Parties to file either the appropriate documents to dispose of the case or a status report on or before September 30, 2026. ECF 63.

3. On September 18, 2026, the Parties signed and executed a final settlement agreement.

4. Under the terms of the settlement agreement, the Parties anticipate filing the appropriate documents to dispose of this case on or before October 30, 2026. The Parties will promptly notify the Court if they are not able to file the appropriate documents to dispose of this case by that date.

Dated: September 30, 2026

<u>*/s/ Paul Henefeld*</u>

Paul Henefeld
Georgia Bar No. 346755
3017 Bolling Way NE, Suite 129
Atlanta, GA 30305
(404) 841-1275
phenefeld@henefeldgreen.com

Noah Green
Georgia Bar No. 468138
3017 Bolling Way NE, Suite 129
Atlanta, GA 30305
(404) 841-1275
ngreen@henefeldgreen.com

*Counsel for Defendants*

Respectfully submitted,

<u>*/s/ Jared B. Magnuson*</u>

Jared B. Magnuson
131189 (GA)
Lehotsky Cohn LLP
3280 Peachtree Road NE
Atlanta, GA 30305
T: (512) 693-8350
F: (512) 727-4755
jared@lehotskycohn.com

Jonathan F. Cohn*
2972578 (NY)
Lehotsky Cohn LLP
200 Massachusetts Avenue, NW, Suite 700
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
jon@lehotskycohn.com

William T. Thompson*
24088531 (TX)
Lehotsky Cohn LLP
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
T: (512) 693-8350
F: (512) 727-4755
will@lehotskycohn.com

Mark M. Rothrock*
56747 (NC)
Lehotsky Cohn LLP
8513 Caldbeck Drive
Raleigh, NC 27615
T: (512) 693-8350
F: (512) 727-4755
mark@lehotskycohn.com

**Admitted Pro Hac Vice*

*Counsel for Plaintiffs*

**CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that this motion has been prepared using Microsoft Office version 2501 (2025) and Times New Roman 14-point font in accordance with Local Civil Rules 5.1(C).

Dated: September 30, 2026

Respectfully submitted,

*/s/ Jared B. Magnuson*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically via the Court's CM/ECF system.

Dated: September 30, 2026

Respectfully submitted,

*/s/ Jared B. Magnuson*