UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAPPELLETTI, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>GEORGIA DEPARTMENT OF COMMUNITY AFFAIRS, et al.,<br><br>*Defendants*. | Civil Action No. 1:25-cv-06637-JPB |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs Brigid Cappelletti and Scott Chesla ("Plaintiffs"), by and through their undersigned counsel, hereby give notice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), that they voluntarily dismiss this action with prejudice.

The parties have executed a final agreement to settle this case. Because no Defendant has served an answer or a motion for summary judgment, this dismissal is effective upon filing without a court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 7, 2026

Respectfully submitted,

*/s/ Jared B. Magnuson*

Jared B. Magnuson
131189 (GA)
Lehotsky Cohn LLP
3280 Peachtree Road NE
Atlanta, GA 30305
T: (512) 693-8350

F: (512) 727-4755
jared@lehotskycohn.com

Jonathan F. Cohn*
2972578 (NY)
Lehotsky Cohn LLP
200 Massachusetts Avenue, NW, Suite 700
Washington, DC 20001
T: (512) 693-8350
F: (512) 727-4755
jon@lehotskycohn.com

William T. Thompson*
24088531 (TX)
Lehotsky Cohn LLP
7500 Rialto Blvd., Suite 1-250
Austin, TX 78735
T: (512) 693-8350
F: (512) 727-4755
will@lehotskycohn.com

Mark M. Rothrock*
56747 (NC)
Lehotsky Cohn LLP
8513 Caldbeck Drive
Raleigh, NC 27615
T: (512) 693-8350
F: (512) 727-4755
mark@lehotskycohn.com

**Admitted Pro Hac Vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically via the Court's CM/ECF system.

Dated: October 7, 2026

Respectfully submitted,

*/s/ Jared B. Magnuson*
Jared B. Magnuson